1 | SCOTT N. SCHOOLS (SCSBN 9990)
United States Attorney

2

3 | BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

4 | ALLISON MARSTON DANNER (CASBN 195046)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7144

7 | Fax: (415) 436-7234
Email: allison.danner@usdoj.gov

8

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

CR 07 0654

| UNITED STATES OF AMERICA, | ) No. |
|---|---|
| Plaintiff, | ) UNITED STATES' APPLICATION TO SEAL INDICTMENT AND [PROPOSED] ORDER |
| v. | ) |
| EMMANUEL EJIKE ANYANWU and LINDA NGOZI ASHIEGBU, | ) (UNDER SEAL) |
| Defendants. | ) |

The government hereby moves the Court for an order sealing the indictment, this motion, and the Court's sealing order until further order of the Court. Defendant Emmanuel Ejike Anyanwu is a citizen of Nigeria. The United States is concerned that Anyanwu poses a risk of flight if he learns of the indictment in this matter before he is arrested and brought before the Court for his initial appearance. Should the Court grant this motion, the government intends to ask the Court to

\\\

\\\

SEALING APPLICATION AND PROPOSED ORDER
UNITED STATES v. ANYANWU & ASHIEGBU

unseal the indictment at Anyanwu's initial appearance. The United States requests that this Court order the Clerk of the Court to furnish copies of the arrest warrant to the United States Attorney's Office and to Special Agents of Immigration and Customs Enforcement. The United States also requests copies of the sealed Indictment and this Application and Order.

DATED: October 16, 2007
                                        Respectfully submitted,

                                        SCOTT N. SCHOOLS
                                        United States Attorney

                                        ALLISON M. DANNER
                                        Assistant United States Attorney

### [PROPOSED] ORDER

Based upon the motion of the government and for good cause shown, IT IS HEREBY ORDERED that the indictment, this motion, this sealing order, and all related papers shall be sealed until further order of the Court. The Clerk of the Court is ordered to furnish copies of the Indictment and arrest warrant in this matter to the United States Attorney's Office and to Special Agents of Immigration and Customs Enforcement. The Clerk of the Court is also ordered to furnish copies of the United States' Sealing Application and this Sealing Order to the United States Marshals Service, Special Agents of Immigration and Customs Enforcement, and the U.S. Attorney's Office..

DATED: October 16, 2007
                                        _____
                                        EDWARD M. CHEN
                                        United States Magistrate Judge

SEALING APPLICATION AND PROPOSED ORDER
UNITED STATES v. ANYANWU & ASHIEGBU