SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States

FILED
NOV 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EMMANUEL EJIKE ANYANWU and<br>LINDA NGOZI ASHIEGBU,<br><br>    Defendants. | No. CR 07-0654 CRB<br><br>**UNITED STATES' APPLICATION TO UNSEAL THE ENTIRE CASE FILE** |

    The United States hereby moves this Court to UNSEAL the entire case file in the above-captioned matter following the arrest of LINDA ASHIEGBU on November 1, 2007.

DATED: November 1, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/ Allison M. Danner
ALLISON M. DANNER
Assistant United States Attorney

UNSEALING APPLICATION
CR 07-0654 CRB