SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ALLISON MARSTON DANNER (CSBN 195046)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7144
    FAX: (415) 436-7234
    Email: allison.danner@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0654 CRB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER EXCLUDING TIME FROM |
| v. | ) | SPEEDY TRIAL ACT CALCULATION |
| | ) | (18 U.S.C. § 3161(h)(8)(A)) |
| EMMANUEL EJIKE ANYANWU and | ) | |
| LINDA NGOZI ASHIEGBU, | ) | |
| | ) | |
| Defendants. | ) | |

        With the agreement of the parties in open court, and with the consent of defendant Linda

Ngozi Ashiegbu, the Court enters this order documenting exclusion of time from November 9,

2007 through December 5, 2007 under the Speedy Trial Act, 18 U.S.C. § 3161(c)(1).  The parties

agree, and the Court finds and holds, as follows:

        1.      Defendant Linda Ngozi Ashiegbu (hereinafter "Ashiegbu") was indicted on

October 16, 2007, and she made her initial appearance before this Court on November 1, 2007.

On November 8, 2007, this Court appointed defense counsel to represent Ashiegbu, and

defendant then entered a plea of not guilty.  That same day, this Court scheduled an initial

appearance before the District Court in this matter on December 5, 2007.  Defendant Emmnuel

STA Stipulation
CR 07-0654 CRB

1    Ejike Anyanwu is the subject of an outstanding arrest warrant and has not yet been located.

2    Discovery has not yet been provided in the case.

3         2.         At the appearance on November 8, 2007, Defendant Ashiegbu agreed to an

4    exclusion of time under the Speedy Trial Act.  Failure to grant the requested continuance would

5    unreasonably deny defense counsel time necessary for effective preparation, taking into account

6    the exercise of due diligence, in this case   Accordingly, this Court found that the ends of justice

7    served by excluding the period from November 8, 2007 through December 5, 2007 from Speedy

8    Trial Act calculations outweigh the best interest of the public and the defendant in a speedy

9    trial.18 U.S.C. § 3161(h)(8)(A) & (B)(iv).  This Court ordered that this period be excluded from

10   Speedy Trial Act calculations. *Id.*

11         IT IS SO STIPULATED.

12

13   DATED: November 19, 2007                    _____\s_____
                                                 STEVEN KALAR
14                                               Attorney for Defendant Linda Ashiegbu

15

16   DATED: November 19, 2007                    _____\s_____
                                                 ALLISON MARSTON DANNER
17                                               Assistant United States Attorney

18

19         IT IS SO ORDERED.

20

21   DATED: _____                       _____
                                                 BERNARD ZIMMERMAN
22                                               United States Magistrate Judge

23

24

25

26

27

28
     STA Stipulation
     CR 07-0654 CRB                              2