| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **THE HONORABLE CHARLES R. BREYER** |
| **NORTHERN DISTRICT OF CALIFORNIA** | Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **December 5, 2007**

Reporter**: James Yeomans**

| | |
|---|---|
| **Case No:** CR-07-0677-CRB | **DEFT:** ANDREW ASHIEGBU, |
| | DORIS ANYANWU |
| | (X)Present |
| | |
| **Case No:** CR-07-0654- CRB | **DEFT:** LINDA ASHIEGBU |
| | (X)Present |
| | |
| AUSA:  Allison Danner | DEF ATTY: James Vaughn, Gail Campbell |
| | Steve Kalar |

**REASON FOR HEARING**   Status Conference

**RESULT** Held.   Time excluded from 12/05/07 to 1/16/08

Motions (if any) to be filed_____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** January 16, 2008 @ 2:15 p.m.   **for** Status Conference

**JUDGMENT**

Notes: