| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **NORTHERN DISTRICT OF CALIFORNIA** | **THE HONORABLE CHARLES R. BREYER** <br> Courtroom Clerk: **Barbara Espinoza** |

**CRIMINAL PRETRIAL MINUTES**

Date: **July 08, 2008**

Reporter**: Lydia Zinn**

| | |
|---|---|
| **Case No: CR-07-0654-CRB** | **DEFT: LINDA ASHIEGBU** |
| **related Case No: CR-07-0677CRB** | **DEFT: DORIS ANYANWU, ANDREW ASHIEGBU** |
| | (X)Present |

AUSA:  Allison Danner                    DEF ATTY: Steve Kalar, Julia Jayne, James Vaughn
Interpreter: _____
USPO: _____

**REASON FOR HEARING** Status Conference

**RESULT** Motions withdrawn by defendant L. Ashiegbu.  Future dates set as to counsels request.  Time excluded for effective preparation of counsel and the unavailability of counsel for L. Ashiegbu from 7/08/2008 to 7/23/2008.  Time excluded for effective preparation of counsel for D. Anyanwu from 7/08/2008 to 8/20/2008.

Motions (if any) to be filed _____
Motions to be noticed to be heard no later than _____ otherwise, they will be deemed to be waived.

**Case Continued to** July 23, 2008 @ 2:15 p.m.  **for** Change of Plea/Trial Setting on CR-07-654CRB
August 20, 2008 @ 2:15 p.m **for** Change of Plea in CR-07-0677CRB D. Anyanwu

**JUDGMENT** _____

Notes: _____